UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS R. CUNNINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>E. VALENZUELA,<br><br>        Defendant. | Case No. 16-cv-01518-JSC<br><br>**ORDER** |

        GOOD CAUSE APPEARING THEREFOR,

        IT IS ORDERED that this case is reassigned to the Honorable **Vince Chhabria** in the **San Francisco** division for all further proceedings.  Counsel are instructed that all future filings shall bear the initials **VC** immediately after the case number.

        All dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).

Dated: 5/3/2016

                                                    FOR THE EXCUTIVE COMMITTEE

                                                    */s/ Susan Y. Soong*

                                                    Susan Y. Soong
                                                    Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

Copy mailed to party(s).