UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS R. CUNNINGHAM, <br>     Petitioner, <br>   v. <br> E. VALENZUELA, <br>     Respondent. | NO. CV 16-3629-DMG (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: April 24, 2017

                                            DOLLY M. GEE
                                   United States District Judge